UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TONY LEE SMITH, et al | ) | |
| | ) | |
| v. | ) | NO. 2:14-0049 |
| | ) | JUDGE SHARP |
| CUMBERLAND COUNTY, TENNESSEE, | ) | |
| et al., | ) | |

**************************************************************************

| | | |
|---|---|---|
| TONY LEE SMITH, et al | ) | |
| | ) | |
| v. | ) | NO. 2:14-0061 |
| | ) | JUDGE SHARP |
| CUMBERLAND COUNTY, TENNESSEE, | ) | |
| et al., | ) | |

## ORDER

Pending before the Court are Motions to Consolidate (Case No. 2:14-0049, Docket No. 9, and Case No. 2:14-0061, Docket No. 4) ) to which there is no opposition.

The motions are GRANTED and these cases are hereby consolidated for all purposes.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE